# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0453. KIMBERLY HELTON et al. v. RONALD J. WHELAN et al.

On June 3, 2025, the trial court entered an order in this civil action granting a motion for sanctions filed by the plaintiffs and imposing OCGA § 9-15-14 attorney fees against defendants Kimberly and John Helton and their counsel. The Heltons filed both a notice of appeal on June 18, 2025, and an application for discretionary review on July 10, 2025. We dismissed the discretionary application for lack of jurisdiction because it was untimely filed more than 30 days after entry of the order sought to be appealed. See OCGA § 5-6-35 (d); *Helton v. Whelan*, Case No. A25D0493 (July 29, 2025). The direct appeal has been docketed as the current case, no. A26A0453. The plaintiffs have filed a motion to dismiss this appeal.

An appeal from a trial court order awarding OCGA § 9-15-14 attorney fees must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10), (b); *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves an award of OCGA § 9-15-14 attorney fees, the Heltons have no right to a direct appeal here, and we denied their application for discretionary review. See *Capricorn Systems*, 253 Ga. App. at 841-842; *Helton*, Case No. A25D0493.

Consequently, the plaintiffs' motion to dismiss is hereby GRANTED, and this improper direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___10/16/2025_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*